# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:22-cv-00834-MHC
### Bonney v. Hill et al
### Honorable Catherine M. Salinas

Minute Sheet for proceedings held In Open Court on 03/21/2023.

| | |
|---|---|
| TIME COURT COMMENCED: 9:00 A.M. | |
| TIME COURT CONCLUDED: 2:00 P.M. | TAPE NUMBER: Zoom |
| TIME IN COURT: 5:00 | DEPUTY CLERK: Angela Smith |
| OFFICE LOCATION: Atlanta | |

ATTORNEY(S) PRESENT: Arash Sabzevari representing Isaac
Arash Sabzevari representing E. T. Jenkins
Arash Sabzevari representing Victor Hill
Christopher Upshaw representing Raheim Bonney
** Charles Reed, chief staff attorney for Clayton County
** Alan Parker, Sheriff's Office legal advisor

OTHER(S) PRESENT: Raheim Bonney

PROCEEDING CATEGORY: Settlement Conference;

MINUTE TEXT: Noted that the defendants did not attend. Case Settled. The mediation lasted for 3 hours, plus 2 hours of prep time.